UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :        NOLLE PROSEQUI

      -v.-        :        18 Cr. 866 (JPO)

JIRSSON RODRIGUEZ-NOVA,        :

      Defendant.        :

- - - - - - - - - - - - - - - x


1.   The filing of this nolle prosequi will dispose of this case with respect to JIRSSON RODRIGUEZ-NOVA, the defendant.

2.   On or about December 14, 2018, Indictment 18 Cr. 866 (JPO) was filed in the U.S. District Court for the Southern District of New York, charging RODRIGUEZ-NOVA with one count of conspiracy to distribute and possess with intent to distribute one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A).

3.   On September 27, 2019, RODRIGUEZ-NOVA entered into a deferred prosecution agreement that provided for a six-month term of supervision.  On or about March 27, 2020, the defendant completed the pretrial diversion period, and the Government has concluded that further prosecution of RODRIGUEZ-NOVA would not be in the interests of justice.

4.   In light of the foregoing, I recommend that an

order of <u>nolle</u> <u>prosequi</u> be filed as to JIRSSON RODRIGUEZ-NOVA,

the defendant, with respect to Indictment 18 Cr. 866 (JPO).


_____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247


Dated:    New York, New York
          March 29, 2020

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant JIRSSON RODRIGUEZ-NOVA with respect to Indictment 18 Cr. 866 (JPO).

_____
Geoffrey S. Berman
United States Attorney
Southern District of New York


Dated:    New York, New York
          March 30, 2020




SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge


Dated:    New York, New York
          March 30, 2020